## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:12-cv-462<br>(Consolidated Lead Case) |
| Plaintiffs, | § | |
| v. | §<br>§ | |
| DISTINCTIVE DEVELOPMENTS LTD., | §<br>§ | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW

Before the Court is the Parties' Joint Motion to Stay Pending *Inter Partes* Review. Having considered the Motion, the Motion is **GRANTED**.

IT IS, THEREFORE, ORDERED THAT this matter is hereby STAYED pending further motion of any party demonstrating good cause to lift the stay. The Clerk of the Court is directed to administratively close the case, and this action is hereby stayed pending further order of the Court. All pending motions are denied as moot without prejudice to re-filing once the stay is lifted. Any party may request the Court lift the stay for good cause, and the Court will do so only upon a showing of good cause.

**So ORDERED and SIGNED this 6th day of August, 2013.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**