# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:12-cv-462 |
| v. | § | (Consolidated Lead Case) |
| Distinctive Developments, Ltd. | § § § | |
| *Defendant*. | § § | **JURY TRIAL DEMANDED** |

## ORDER

Before the Court are Plaintiffs' Motion to Lift the Stay (Docket No. 68) and Defendants'[1] Motion to lift the Stay (Docket No. 72). The Court will take up these motions in due course. Accordingly, the clerk is ordered to re-open the lead case and the member cases 6:12-cv-463, -466, -467, -468, -470, -472.

**So ORDERED and SIGNED this 2nd day of November, 2015.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Distinctive Development Ltd., Electronic Arts, Inc., Gameloft, S.A., Halfbrick Studios Pty Ltd., Laminar Research, LLC, Mojang A.B., and Square Enix, Inc.  *See* Docket No. 72 at 1 n.1.