# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:12-cv-462 <br> Consolidated Lead Case <br><br> JURY TRIAL DEMANDED <br> Member Case No. 6:12-cv-463 |

## ORDER

The Court has considered Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant Electronic Arts, Inc. ("EA")'s Joint Stipulation of Dismissal and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc and EA against one another are dismissed with prejudice from the case.

2. Uniloc and EA shall each bear their own attorney's fees, expenses, and costs.

3. Uniloc's Complaint as to all other defendants is not impacted by this stipulation and dismissal.

**SIGNED this 11th day of January, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE