**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTINCTIVE DEVELOPMENT LTD., *ET AL.*,<br><br>Defendants. | CIVIL ACTION NO. 6:12-cv-462<br>Consolidated Lead Case |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>MOJANG, AB.,<br><br>Defendant. | Member Case No. 6:12-cv-463 |

**MOTION FOR ENTRY OF JOINT STIPULATION AND MOTION TO DISMISS**
**ALL CLAIMS BY UNILOC AGAINST MOJANG WITH PREJUDICE**

Whereas, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc"), and Defendant MOJANG, AB ("MOJANG") have agreed to settle this matter, Uniloc and MOJANG hereby jointly move to dismiss this case based upon their stipulation, as follows:

1. Any and all claims by Uniloc against MOJANG are dismissed with prejudice from the case.

2. Uniloc and MOJANG shall each bear their own attorney's fees, expenses, and costs.

3. Uniloc's Complaint as to all other defendants is not impacted by this stipulation and dismissal.

Wherefore, Uniloc and MOJANG respectfully request that the Court enter the proposed order of dismissal submitted herewith.

Dated: August 29, 2016

Respectfully submitted,

/s/ Jonathan D. Jay
Jonathan D. Jay (MN ID No. 18603X)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, Minnesota 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
Email: jjay@hjlawfirm.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Telephone: (903) 730-6789
Email: craig@tadlocklawfirm.com

Todd M. Johnson (MN ID No. 0254587)
Scott A. Johnson (MN ID No. 0124606)
**JOHNSON & JOHNSON LAW, LLP**
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Telephone: (612) 504-1985
Fax: (612) 373-0929
Email: Todd@jjlawllp.com
Email: Scott@jjlawllp.com

***Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.***

*/s/ Megan J. Redmond*
Megan J. Redmond (*pro hac vice*)
Eric A. Buresh (*pro hac vice*)
Caroline A. Bader (*pro hac vice*)
**ERISE IP, P.A.**
6201 College Blvd., Suite 300
Overland Park, Kansas 66211
(913) 777-5600
(913) 777-5601 – fax
megan.redmond@eriseip.com
eric.buresh@eriseip.com

Gil Gillam
Melissa R. Smith
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257
gil@gillamsmith.com
melissa@gillamsmith.com

***Attorneys for Defendant MOJANG, AB***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Uniloc has conferred with counsel for MOJANG regarding this stipulation and motion. All matters addressed herein are agreed as to form and substance, and this is submitted as a joint stipulation and motion.

*/s/ Jonathan D. Jay*
Jonathan D. Jay

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system in accordance with this Court's Local Rules.

*/s/ Jonathan D. Jay*
Jonathan D. Jay